168 A.3d 1170

SB BUILDING ASSOCIATES, L.P., SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, L.L.C. AND ALSOL, CORP., PLAINTIFFS-RESPONDENTS, v. PLANNING BOARD OF THE BOROUGH OF MILLTOWN, DEFENDANT, AND BOROUGH OF MILLTOWN, DEFENDANT-PETITIONER, AND BORAIE DEVELOPMENT, L.L.C., DEFENDANT/THIRD-PARTY PLAINTIFF, v. MILLTOWN FORD AVENUE REDEVELOPMENT AGENCY, THIRD-PARTY DEFENDANT.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000200–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.